In re ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION (MDL No. 2327).

Sharon Weer; Thomas Weer, Plaintiffs–Appellants,

v.

Ethicon, Incorporated; Ethicon, L.L.C.; Johnson & Johnson, Defendants–Appellees.

No. 15–1951.

United States Court of Appeals, Fourth Circuit.

Submitted: March 30, 2016.

Decided: April 6, 2016.

---

* In making this determination, we do not rely upon the bankruptcy court's analysis as to when a transfer occurred.

Douglas R. Plymale, Dugan Law Firm, PLC, New Orleans, Louisiana, for Appellants. David B. Thomas, Daniel R. Higginbotham, Thomas Combs & Spann PLLC, Charleston, West Virginia; Christy Jones, John C. Henegan, Sr., Susanna Moore Moldoveanu, Butler Snow LLP, Ridgeland, Mississippi, for Appellees.

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sharon Weer and Thomas Weer appeal the district court's order dismissing this action without prejudice because the Weers failed to timely effect service of process. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Weer v. Ethicon, Inc.*, Nos. 2:13–cv–03792; 2:12–md–02327 (S.D.W.Va. July 23, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*